AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

Benjamin Tucker Patz,
a/k/a "Parlay Patz"

*Defendant*

)
)
)
)
)
)
)

Case No. **8:20MJ1209TGW**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Benjamin Tucker Patz,  a/k/a "Parlay Patz"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c)        Transmitting threats in interstate or foreign commerce

Date:  Feb. 24, 2020

_____
*Issuing officer's signature*

City and state:    Tampa, Florida

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 2/24/2020 , and the person was arrested on *(date)* 3/5/2020 |
| at *(city and state)* TAMPA, FL . |

Date: 3-5-20

Sign for FBI
_____
*Arresting officer's signature*

DAN NOWAK
_____
*Printed name and title*