FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 FEB 17 PM 3:34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:21cr52 SDM-CPT
18 U.S.C. § 875(c)

BENJAMIN TUCKER PATZ,
  a/k/a "@b82hs9,"
  a/k/a "Parlay Patz"

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 20, 2019, in the Middle District of Florida and elsewhere, the defendant,

BENJAMIN TUCKER PATZ,
a/k/a "@b82hs9,"
a/k/a "Parlay Patz,"

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, the defendant sent a string of Instagram direct messages to E.P. that said: "I will sever your neck open you pathetic cuntbag"; "I will enter your home while you sleep"; "And sever your neck open"; "I will kill your entire family"; "Everyone you love will soon cease"; "I will cut up your family"; and "Dismember then alive."

In violation of 18 U.S.C. § 875(c).

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Patrick D. Scruggs
Assistant United States Attorney

By: *[signature]*
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section