UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:21-cr-52-SDM-CPT | DATE:  June 3, 2021 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** | Patrick Scruggs, AUSA |
| **vs.** | |
| **BENJAMIN TUCKER PATZ** | David Weisbrod, retained |
| COURT REPORTER:  Bill Jones | DEPUTY CLERK:  Gretchen O'Brien |
| INTERPRETER:  n/a | PROBATION:  Kelly Primrose |
| TIME:  9:10 a.m. — 10:03 a.m. | TOTAL:  53 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

Court in session

All parties are present in the courtroom and identified for the record.

The defendant pleaded guilty to count one of the information.

The defendant's objection to the two-level enhancement applied in paragraph 28 of the PSR is overruled.

Both parties request a non-incarcerative sentence.

"The defendant has resolved the outstanding warrant," is substituted for the last sentence in paragraph 57 of the PSR.

Probation:  **thirty-six months**

Special Conditions:

1.)   The defendant must participate in a home detention program for six months, during which he will remain at his place of residence except for employment and other activities approved **in advance** by the probation officer.   The defendant will remain subject to the standard conditions of home detention adopted for use in the Middle District of Florida,

which might include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures (if the monitoring device becomes necessary). The defendant must contribute to the costs of those services in accord with his ability to pay.

2.)   The defendant must participate in a mental health treatment program, follow the probation officer's instructions with respect to the program, and contribute to the cost of that service in accord with the applicable sliding scale for mental health treatment services.

3.)   The defendant is prohibited from engaging in any activities that involve gambling, waging, or other betting activities, either online or in person.

The defendant must cooperate in the collection of his DNA as directed by the probation officer.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within fifteen days of placement on supervision and at least two periodic drug tests thereafter, as directed by the probation officer. The defendant must submit to random drug testing, not to exceed 104 tests per year.

Fine:   waived

Restitution:   n/a

Special Assessment:   $100, due immediately

The defendant must confer with the probation officer regarding reporting instructions.

The defendant is advised of his right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) | |
|---|---|
| Total Offense Level: | 12 |
| Criminal History Category: | I |
| Imprisonment Range: | 10 – 16 months |
| Supervised Release Range: | 1 – 3 years |
| Restitution: | n/a |
| Fine Range: | $5,500 – $55,000 |
| Special Assessment: | $100 |